RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for David Resendez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00116-RFB-BNW-1 |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** (First Request) |
| v. | |
| DAVID RESENDEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for David Resendez, that the Status Conference Hearing currently scheduled on June 4, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      The parties need additional time to confer regarding Mr. Resendez's progress since the last status conference.  In addition, the United States Probation officer supervising Mr. Resendez is unavailable for the currently scheduled hearing.  A continuance will allow the supervising probation officer to attend and provide an update to the Court.

2.      Mr. Resendez is in not custody and does not oppose the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the status conference hearing.

DATED this 2nd day of June, 2026.


RENE L. VALLADARES                          TODD BLANCHE
Federal Public Defender                      Acting Attorney General of the United
                                             States


By /s/ Nisha Brooks-Whittington              By /s/ Joshua Brister
NISHA BROOKS-WHITTINGTON                     JOSHUA BRISTER
Assistant Federal Public Defender            Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID RESENDEZ,<br><br>        Defendant. | Case No. 2:20-cr-00116-RFB-BNW-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status hearing currently scheduled for June 4, 2026 at 11:15 a.m., be vacated and continued  to August 7, 2026 at 8:30 a.m.                    :

__

DATED this  3rd  day of June, 2026.

_____

UNITED STATES DISTRICT JUDGE

3